UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-23154 |
|---|---|---|
| Jeanette Melendez | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO OBTAIN/INCUR DEBT & SHORTEN NOTICE**

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to purchase a used 2017 Kia Soul or a similar vehicle, with an amount financed not to exceed $14,702.27, interest not to exceed 15.99%, and monthly payments not to exceed $321.00

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 26, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600