UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

JEANETTE MELENDEZ
A/KA/ JEANETTE PALACIO

Debtor(s)

Chapter 13
Case No. 17-23154

Judge JACK B. SCHMETTERER

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (DOC 28)

The Motion for Relief from Stay filed on behalf of CitiMortgage, Inc. on July 6, 2020, AS Doc #28, is hereby withdrawn as resolved .

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for CitiMortgage, Inc.

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
Joseph Baldwin
Danielle Alvarez
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 19-03363